## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SEAN WEST AND AMY WEST, AS PARENTS AND NATURAL GUARDIANS OF JULIANA WEST, A MINOR, INDIVIDUALLY AND IN THEIR OWN RIGHT; AND NEW YORK PRIVATE TRUST COMPANY, | : : : : : : : | No. 465 EAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : : | |
| v. | : : : | |
| ABINGTON MEMORIAL HOSPITAL D/B/A/ ABINGTON HOSPITAL-JEFFERSON HEALTH; REGINA P. STURGIS-LEWIS, M.S.N.; AND JOEL I. POLIN, M.D., | : : : : : : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.